dutiable under paragraph 1551 of the Tariff Act of 1930, as modified by the Torquay Protocol to the General Agreement on Tariffs and Trade, T. D. 52739, supplemented by Presidential proclamation, T. D. 52820, at the rate of 15 per centum ad valorem as "photographic cameras."

With respect to the merchandise represented by plaintiffs' illustrative exhibits 1, 3, 4, and 5, the protest claim is sustained. As to the merchandise represented by plaintiffs' illustrative exhibit 2, the protest claim is overruled, without affirming the classification made by the collector.

Judgment will be rendered accordingly.

BEFORE THE THIRD DIVISION, MAY 22, 1958

**No. 61987.**—Joseph H. Brown *v.* United States, protests 189573–K, etc. (El Paso).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiff was sustained.

**No. 61988.**—Joseph H. Brown *v.* United States, protests 195992–K, etc. (El Paso).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiff was sustained.

**No. 61989.**—Joseph H. Brown *v.* United States, protests 196174–K, etc. (El Paso).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiff was sustained.